GENERAL SYNOD OF THE REFORMED CHURCH IN AMERICA, Respondent, *v.* BONAC REALTY CORPORATION, Appellant, et al., Defendants.

Submitted January 5, 1948; decided January 15, 1948.

Motion by defendant-appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 119.]

LUCY A. GUILE, Appellant, *v.* SEA ISLAND Co., INC., Respondent.

Submitted January 5, 1948; decided January 15, 1948.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.

LUCIUS WILMERDING, Appellant, *v.* WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents, and ROBERT KIRKPATRICK et al., Interveners, Respondents.

Submitted January 5, 1948; decided January 15, 1948.

Motion by respondents to amend remittitur denied. The judgments were reversed and the dismissal of the complaint was directed not upon the merits but solely upon the ground that the issues are moot. [See 297 N. Y. 664.]